8

United States District Court
Southern District of Texas
ENTERED

JUL 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ERNESTO URIBE-DELEON, §
    Plaintiff-Petitioner, §
  §    CIVIL ACTION NO. B-01-027
VS. §
  §    CRIMINAL NO. B-96-251
UNITED STATES OF AMERICA §
    Defendant-Respondent. §

## ORDER DENYING PETITIONER'S MOTION TO RECONSIDER

Before the Court is Petitioner's Motion to Reconsider Order Denying §2255 relief (Docket No. 7). After due consideration of the facts and applicable law, this Court is of the opinion that Petitioner's Motion to Reconsider should be DENIED.

It is therefore ORDERED, ADJUDGED, and DECREED that Petitioner's Motion to Reconsider is hereby DENIED.

Signed this the 13th day of July, 2001 in Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge